BROOKSHIRE *et al. v.* LOMAX *et al.*

PLEADING.—In an action by an assignee to enforce the lien of a judgment on certain real estate, the complaint should contain a copy of the judgment and assignment thereof to him.

APPEAL from the *Blackford* Common Pleas.

*Per Curiam.*—Suit to enforce a lien of a judgment on certain real estate. The suit is in the names of the appellees, who profess to be the owners, by assignment, of said judgment. Neither a copy of the said judgment, nor of the assignment is set forth; the demurrer should, therefore, have been sustained to the complaint.

The judgment is reversed, with costs. Cause remanded, &c.

*Walter March*, for the appellants.

*VanDeventer & Brownlee*, for the appellees.